IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Bk. Case No: 19-10768 (BLS) |
| DAVID JONES, JR. | : |
| TOYA JONES, JR. | : |
| Debtors. | : Chapter 13 |

## MOTION TO ALLOW PLAN DISTRIBUTION

Michael B. Joseph, Esquire, Chapter 13 Trustee ("Trustee") respectfully requests that this Honorable Court enter an Order with respect to the following:

1. Pursuant to 11 U.S.C. Section 1302(b)(1) the Trustee has performed the duties specified in Section 704(a)(5) of the Code by examining the proofs of claim filed in this case and objecting to the allowance of any claim that appears to be improper.

2. Absent any objection, the Trustee intends to disburse to those creditors set forth in "Exhibit A" in the amounts listed. Claims listed as "Not Filed" means that the creditor did not file a proof of claim and will not be paid by the Trustee through the Plan.

3. It is requested that the Debtor(s) and counsel be required to examine each filed proof of claim and to file an objection and notify the Trustee as to any claim that may be improper or incorrect, or request allowance of a claim pursuant to 11 U.S.C. Section 501(c).

WHEREFORE, the Trustee prays that an Order be entered, in the form attached, and otherwise approve the proposed distribution in accordance with the Confirmed Plan.

/s/ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Ste. 1002
P.O. Box 1350
Wilmington, Delaware 19899
302-656-0123
Chapter 13 Trustee

ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Chapter 13 Trustee, do hereby certify that on this 11th day of October, 2019, I caused one copy of the Within Motion to Allow Plan Distribution with the attached exhibit and proposed Order to be served on the following by United States Mail, Postage Prepaid:

DAVID & TOYA JONES, JR.
2103 BARR ROAD
WILMINGTON, DE  19808
Debtor(s)

VIVIAN A. HOUGHTON, ESQUIRE
800 N. WEST STREET  2ND FLOOR
WILMINGTON, DE 19801-1526
Attorney for Debtor(s)

/s/ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee